Steven L. Weinstein (# 67975)
steveattorney@comcast.net
P.O. Box 27414
Oakland, Ca 94602
5101 Crockett Place
Oakland, Ca 94602
Telephone: (510) 336-2181
Facsimile: (510) 336-2181
Attorney for Plaintiffs and the alleged Classes
*Additional attorneys for Plaintiffs on signature page*

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN ELZEN and RONALD RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAX GROUP CENTER, INC., a California corporation,<br><br>Defendant. | Case No. 4:17-cv-01105-HSG<br><br>ORDER FOR PLAINTIFFS' LEAD COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Hon. Haywood S. Gilliam, Jr.<br>Date: June 6, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2 |

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

This matter came before the Court on Plaintiffs' unopposed Request for Plaintiffs' Lead Counsel to Appear Telephonically at Case Management Conference filed on June 2, 2017 (the "Motion"). Having reviewed the Motion, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs' lead counsel, Blake J. Dugger, will appear at the June 6, 2017 Case Management Conference telephonically and Steven L. Weinstein, Plaintiffs' local counsel, will appear at the Case Management Conference in person. Plaintiffs' lead counsel, Blake J. Dugger

shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: June 2, 2017

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge