**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendant Tax Group Center, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID VAN ELZEN** and **RONALD RODRIGUEZ**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **TAX GROUP CENTER, INC.**, a California corporation, <br><br> Defendant. | Case No. 4:17-cv-01105-HSG <br><br> **STIPULATION AND ORDER SETTING PRETRIAL SCHEDULE** |

Pursuant to the Court's direction at the June 6, 2017 initial case management conference, the parties to the above-entitled action stipulate to the pretrial schedule set forth below and respectfully request that the Court enter an order adopting this schedule.

| | |
|---|---|
| Completion of Mediation | 08/02/17 |
| Deadline to Amend Pleadings | 09/05/17 |
| Non-Expert Discovery Cutoff | 12/12/17 |
| Designation of Experts | 12/12/17 |
| Designation of Rebuttal Experts | 01/12/18 |
| Expert Discovery Cutoff | 02/12/18 |
| Deadline to File Motion for Class Certification | 08/03/18 |
| Deadline to File Opposition to Motion for Class Certification | 08/31/18 (or 28 days after filing of motion, whichever is earlier) |
| Deadline to File Reply to Motion for Class Certification | 09/14/18 (or 14 days after filing of motion, whichever is earlier) |
| Last Day to Hear Motion for Class Certification | 10/04/18 at 2:00 p.m. |

DATED: June 12, 2017                                  DATED: June 12, 2017

**KRONENBERGER ROSENFELD, LLP**           **LAW OFFICES OF S. COLEMAN, P.A.**

By: _____s/Jeffrey M. Rosenfeld_____     By: _____s/Blake J. Dugger_____
          Jeffrey M. Rosenfeld                                    Blake J. Dugger*

Attorneys for Defendant                             One of the Attorneys for Plaintiffs
                                                                    *Admission Pro Hac Vice

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 13, 2017                                By: /s/ Haywood S. Gilliam, Jr.
                                                                    The Honorable Haywood S. Gilliam, Jr.
                                                                    United States District Court Judge

Case No. 4:17-cv-01105-HSG            1            **STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE**