**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Liana W. Chen (CA Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Defendant Tax Group Center, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID VAN ELZEN** and **RONALD RODRIGUEZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TAX GROUP CENTER, INC.**, a California corporation,<br><br>Defendant. | Case No. 4:17-cv-01105-HSG<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER VACATING MEDIATION** |

Case No. 4:17-cv-01105-HSG    JT. NTC. OF SETTLEMENT AND STIP. AND [PROP.] ORDER VACATING MEDIATION



1   Plaintiffs David Van Elzen and Ronald Rodriguez and Defendant Tax Group
2   Center, Inc., by and through their undersigned counsel, hereby notify the Court that they
3   have reached a settlement in principle as to the named Plaintiffs only. The parties
4   intend to memorialize their settlement in a written agreement, and thereafter dismiss
5   this action.

6   Therefore, the parties hereby stipulate and request that the Court vacate the
7   mediation currently scheduled for Wednesday, August 2, 2017 to preserve the
8   resources of the parties, the mediator, and the Court.

Respectfully Submitted,

DATED: July 31, 2017   **KRONENBERGER ROSENFELD, LLP**

By:   s/ Jeffrey M. Rosenfeld
Jeffrey M. Rosenfeld

Attorneys for Defendant Tax Group Center, Inc.

DATED: July 31, 2017   **WOODROW & PELUSO, llc**

By:   s/ Patrick H. Peluso
Patrick H. Peluso*

One of the Attorneys for Plaintiffs
*Admission Pro Hac Vice

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

s/ Jeffrey M. Rosenfeld
Jeffrey M. Rosenfeld

Case No. 4:17-cv-01105-HSG   1   **JT. NTC. OF SETTLEMENT AND STIP. AND [PROP.] ORDER VACATING MEDIATION**

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the mediation currently scheduled for August 2, 2017 is hereby VACATED.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE