**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID VAN ELZEN** and **RONALD RODRIGUEZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TAX GROUP CENTER, INC.**, a California corporation,<br><br>Defendant. | Case No. 4:17-cv-01105-HSG<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs David Van Elzen and Ronald Rodriguez ("Plaintiffs") and Defendant Tax Group Center, Inc. ("Defendant" or "TGC"), through their counsel, stipulate as follows:

1. Plaintiffs filed this putative class action against Defendant.

2. Plaintiffs have agreed to dismiss their individual claims against TGC with prejudice.

3. The dismissal of this case is without prejudice as to all putative, unidentified class members, if any.

4. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. No notice is required to putative class members under Rule 23(e) since the dismissal of Plaintiff's individual claims does not bind them in any way.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the claims

STIPULATION OF DISMISSAL           - 1 -

alleged by Plaintiffs individually against Defendant, and without prejudice as to any claims alleged by the putative, uncertified class against Defendant.

Plaintiffs and Defendant further agree that each party shall bear his or its own costs and attorney fees.

IT IS SO STIPULATED.

DATED: August 9, 2017    **KRONENBERGER ROSENFELD, LLP**

By: /s/ Jeffrey M. Rosenfeld
       Jeffrey M. Rosenfeld

Attorneys for Defendant Tax Group Center, Inc.

DATED: August 9, 2017    **WOODROW & PELUSO, LLC**

By:    /s/ Patrick H. Peluso
          Patrick H. Peluso*

One of the Attorneys for Plaintiffs
*Admission Pro Hac Vice

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

  /s/ Patrick H. Peluso
    Patrick H. Peluso

STIPULATION OF DISMISSAL         - 2 -